

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER

PATRICK S. BUMPUS, Individually and on Behalf of the Class,

      Plaintiff(s),  Case No.  2:20-cv-00926-MCE-AC

v.           PRO HAC VICE APPLICATION FOR
            KATHERINE L. VILLANUEVA

U.S. FINANCIAL LIFE INSURANCE COMPANY, an Ohio Corporation
      Defendant(s).

I,  Katherine L. Villanueva                                                                     ,

attorney for U.S. Financial Life Insurance Company,                     ,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

  My business address is:

| | |
|---|---|
| Firm Name: | Faegre Drinker Biddle & Reath LLP |
| Address: | One Logan Square, Ste. 2000, |
| City: | Philadelphia |
| State: | PA   ZIP Code:  19103 |
| Voice Phone: | (215)  988-2700 |
| FAX Phone: | (215)  988-2757 |
| Internet E-mail: | kate.villanueva@faegredrinker.com |
| Additional E-mail: | _____ |
| I reside in City: | Moorestown  State:  NJ |

     I was admitted to practice in the   Supreme Court of Pennsylvania   (court) on October 19, 2006   (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of  primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

     I  have not concurrently or within the year preceding this application made a pro hac vice application to this court.

     I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:      Matthew J. Adler

Firm Name:      Faegre Drinker Biddle & Reath LLP

Address:      Four Embarcadero Center, 27th Floor

City:      San Francisco

State:      CA      ZIP Code:  94111

Voice Phone:  (415)  591-7500

FAX Phone:  (415)  591-7510

E-mail:      matthew.adler@faegredrinker.com

Dated:  December 27, 2021      Petitioner:  /s/ Katherine L. Villanueva

**ORDER**

     IT IS SO ORDERED.

Dated:  January 7, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE