# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK S. BUMPUS, Individually, and on Behalf of the Class,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>U.S. FINANCIAL LIFE INSURANCE COMPANY, an Ohio Corporation.<br><br>　　　　　　　　Defendants. | Case No.: 2:20-cv-00926-MCE-AC<br><br>**ORDER GRANTING PLAINTIFF PATRICK S. BUMPUS' MOTION TO LIFT STAY**<br><br>**Date**: January 13, 2022<br>**Time**: 2:00 p.m.<br>**Courtroom**: 7<br><br>**Judge**: Hon. Morrison C. England, Jr.<br>**Magistrate**: Hon. Allison Claire<br><br>**Complaint Filed**: May 5, 2020<br>**Trial Date**: None Set |

ORDER GRANTING PLAINTIFF PATRICK S. BUMPUS' MOTION TO LIFT STAY

Having considered the Motion to Lift Stay filed on behalf of Plaintiff Patrick S. Bumpus (ECF No. 29), the Statement of Non-Opposition submitted by Defendant U.S. Financial life Insurance Company (ECF No. 36), and good cause appearing,

Plaintiff's Motion to Lift Stay is hereby GRANTED.

**IT IS SO ORDERED:**

Dated:  January 27, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE