**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, California 91942
Tel: (619) 234-9000
Fax: (619) 750-0413
Email: pjsandiego@gmail.com
Email: sball@einsurelaw.com

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email:  jschulte@nicholaslaw.org

Attorneys for Plaintiff PATRICK S. BUMPUS,
Individually, and on Behalf of the Class

*For Additional Counsel, See Next Page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK S. BUMPUS, Individually, and on Behalf of the Class,<br><br>                    Plaintiff,<br>     vs.<br><br>U.S. FINANCIAL LIFE INSURANCE COMPANY, an Ohio Corporation,<br><br>                    Defendant. | Case No.: 2:20-cv-00926-MCE-AC<br><br>**JOINT STIPULATION AND ORDER TO AMEND COMPLAINT**<br><br><br><br>Hon. Morrison C. England, Jr.<br>Action Filed:  May 5, 2020<br>Trial:  None |

MATTHEW J. ADLER (SBN 273147)
matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: +1 415 591 7500
Facsimile: +1 415 591 7510

KATHERINE L. VILLANUEVA (Pro Hac Vice)
kate.villanueva@faegredrinker.com
JOHN M. MOORE (pro hac vice)
john.moore@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
One Logan Square, Ste. 2000
Philadelphia, Pennsylvania 19013
Telephone: +1 215 988 2700
Facsimile: +1 215 988 2757

SHAUNDA PATTERSON-STRACHAN (Pro Hac Vice)
shaunda.pattersonstrachan@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street, N.W.
Washington, DC 20005-1209
Telephone: +1 202 230 5234
Facsimile: +1 202 842 8465
**Attorneys for Defendant U.S. FINANCIAL LIFE INSURANCE COMPANY**

Plaintiff PATRICK S. BUMPUS, Individually, and on Behalf of the Class, and Defendant U.S. FINANCIAL LIFE INSURANCE COMPANY, an Ohio Corporation, (the "Parties") by and through their respective counsel of record, jointly stipulate and agree as follows:

WHEREAS, on May 5, 2020, Plaintiff filed a putative Class Action Complaint ("Complaint") (ECF No. 1) against U.S. Financial Life Insurance Company;

WHEREAS, in the initial complaint Plaintiff Patrick Bumpus bring claims on behalf of himself, and the putative class;

WHEREAS Plaintiff seeks to file his First Amended Complaint adding an additional Plaintiff, Cyrus Sanchez, bringing claims on behalf of himself and the putative class;

WHEREAS the proposed First Amended Complaint does not add any causes of action;

WHEREAS a copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit "A"; and

WHEREAS, by entering into this stipulation, U.S. Financial Life Insurance Company does not waive and expressly reserves all defenses in this action, including but not limited to its objections and opposition to class certification.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Without waiver of Defendant's defenses, Plaintiff should be granted leave to amend to file his First Amended Complaint, a copy of which is attached hereto as Exhibit "A";

2. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED:**

DATED:   January 22, 2024            **WINTERS & ASSOCIATES**

By:   */s/ Jack. B. Winters*
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)
Email: pjsandiego@gmail.com
Email: sball@einsurelaw.com

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)

|   |   |   |
|---|---|---|
| | | Jake W. Schulte (SBN 293777)<br>Email: cnicholas@nicholaslaw.org<br>Email: atomasevic@nicholaslaw.org<br>Email: jschulte@nicholaslaw.org<br><br>Attorneys for Plaintiff<br>PATRICK S. BUMPUS, Individually,<br>and on Behalf of the Class |

DATED:   January 22, 2024          **FAEGRE DRINKER BIDDLE & REATH LLP**

By:    */s/ Katherine Villanueva (as authored on this date)*
Email: kate.villanueva@faegredrinker.com
One Logan Square, Ste. 2000
Philadelphia, Pennsylvania 19013
Telephone: +1 215 988 2700
Facsimile: +1 215 988 2757

Attorneys for Defendant U.S. FINANCIAL LIFE
INSURANCE COMPANY, an Ohio Corporation

### ATTESTATION PURSUANT TO L.R. 131(e)

The filer, pursuant to L.R. 131(e), hereby states that all counsel signing hereon have authorized the submission of this document on that counsel's behalf on this date.

DATED:   January 22, 2024          **WINTERS & ASSOCIATES**

By:    */s/ Jack. B. Winters*
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)
Email: pjsandiego@gmail.com
Email: sball@einsurelaw.com

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  January 22, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE