MATTHEW J. ADLER (SBN 273147)
matthew.adler@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: +1 415 591 7500
Facsimile: +1 415 591 7510

KATHERINE L. VILLANUEVA (pro hac vice)
kate.villanueva@faegredrinker.com
JOHN M. MOORE (pro hac vice)
john.moore@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, Pennsylvania 19013
Telephone: +1 215 988 2700
Facsimile: +1 215 988 2757

Attorneys for Defendant
U.S. FINANCIAL LIFE INSURANCE
COMPANY, an Ohio Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK S. BUMPUS, Individually, and on Behalf of the Class; CYRUS SANCHEZ, Individually, and on Behalf of the Class,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FINANCIAL LIFE INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendant. | Case No.: 2:20-cv-00926-DC-AC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE: MODIFICATION OF CASE SCHEDULE**<br><br>Current Final Pretrial Conference Date: Not Scheduled<br><br>Hon. Dena M. Coggins<br>Courtroom: 10 – 13th Fl.<br><br>Trial: None<br>Complaint Filed: 5/5/2020<br><br>*[Proposed Order Filed and Lodged Concurrently Herewith]* |

2:20-CV-00926-DC-AC
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FINAL

THIS MATTER having come before the Court on the motion of Defendant U.S. FINANCIAL LIFE INSURANCE COMPANY, seeking administrative relief in the form of modification of some deadlines in the case schedule ordered by this Court on November 4, 2025 (ECF No. 76), and the Court having reviewed the motion and all supporting documentation, and having considered the position of the parties, and finding that good cause exists to modify the requested dates in the case, schedule, the motion is hereby GRANTED.  The case schedule set forth in the Court's Order of November 4, 2025, is modified as follows:  Fact discovery shall be completed by March 15, 2026; Expert disclosures shall be completed by April 15, 2026; Rebuttal expert disclosures shall be completed by May15, 2026; Expert discovery shall be completed by June 15, 2026.  No other deadline set by the Court's Order of November 4, 2025, including but not limited to the deadline for the filing of motions, shall be modified.

DATED:   January 12, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1                    2:20-CV-00926-DC-AC
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF